COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Rema Charles v. Dickinson Independent School District, A.C.
                            Kantara, and Taylor Marine Construction of Texas, LLC

Appellate case number:      01-20-00215-CV

Trial court case number:    16CV0880

Trial court:                56th District Court of Galveston County

Appellee, Dickinson Independent School District, has filed a motion to extend time to file its appellee's brief.  Appellant, Rema Charles, filed her appellant's brief on March 30, 2020, thereby establishing a deadline of April 29, 2020 for the filing of a brief by any appellee. *See* TEX. R. APP. P. 38.6(b).  Appellee's motion requests a ninety-day extension of time to file its.  The motion is **granted**, in part.

Appellee's brief of Dickinson Independent School District is due to be filed no later than **June 29, 2020**.  Absent extraordinary circumstances, no further extensions will be granted.

It is so ORDERED.

Judge's signature: ___/s/ Evelyn V. Keyes_____

☑ Acting individually    ☐ Acting for the Court

Date:  __April 28, 2020____